UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60142-DIMITROULEAS(s)

UNITED STATES OF AMERICA

v.

CHRISTIAN CRUZ,
    a/k/a "Chris Cruz,"
_____/

Witness and Exhibit List

| Presiding Judge: The Honorable William P. Dimitrouleas | | | | | AUSA: Sterling M. Paulson Owen Dunn (DOJ) | Defendant's Attorney: Mark Eiglarsh |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Crystal Barnes-Butler |
| WITNESS LIST ||||||||
| 1. | | | | | Daniel H. Coney, SafeGuard Services, LLC | |
| 2. | | | | | Phil Colmenares, MD, MPH, CGS Admin, LLC | |
| 3. | | | | | Charles Schwartz | |
| 4. | | | | | Peter Roussonicolos | |
| 5. | | | | | Abe Borujerdi | |
| 6. | | | | | Diana Ortega, Palmetto GBA | |
| 7. | | | | | Jose Cruz | |
| 8. | | | | | Bank Representative, JPMorgan Chase | |
| 9. | | | | | Agency Representative, Florida Department of Revenue | |
| 10. | | | | | Shannon D. Woulard, FBI | |
| 11. | | | | | Leyla Lopez, FBI | |
| 12. | | | | | Dr. Jeremy Campbell | |
| 13. | | | | | Dr. Kevin Alban | |
| 14. | | | | | Dr. Brian Shackleford | |

| Presiding Judge: The Honorable William P. Dimitrouleas | | | | | AUSA: Sterling M. Paulson  Owen Dunn (DOJ) | Defendant's Attorney: Mark Eiglarsh |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Crystal Barnes-Butler |
| 15. | | | | | Dr. Tyler Hendricks | |
| 16. | | | | | Anne Leonard | |
| 17. | | | | | Alice Kiger | |
| 18. | | | | | Linda Alexander | |
| 19. | | | | | Laure Rulman | |
| 20. | | | | | Mary Anderson | |
| 21. | | | | | Austin Cater | |
| 22. | | | | | Frank Balford | |
| 23. | | | | | Steven Kayden | |
| 24. | | | | | Janice Murphy | |
| 25. | | | | | Jessie Foster | |
| 26. | | | | | Martha Corbin | |
| 27. | | | | | Patricia Light | |
| 28. | | | | | Patricia Summers | |
| 29. | | | | | Tawanda Burton | |
| 30. | | | | | Orlando Buissereth, HHS-OIG | |
| 31. | | | | | Kristin Motley, FBI | |
| 32. | | | | | Ron Prasad, HHS-OIG | |

## **EXHIBIT LIST**

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 0 | | | | | **Substantive Counts and Overt Acts** |
| 1 | | | | | Certified Corporate Registration Documents - Brace Yourself MD LLC |
| 2 | | | | | Brace Yourself WF *8834 - Account Opening Application |

2

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 3 | | | | | Medicare Supplier Certification Statements - January 8, 2021 |
| 4 | | | | | Medicare Form 855S Signature Page - January 14, 2021 |
| 5 | | | | | Medicare Form 855S Application Data Report - January 28, 2021 |
| 6 | | | | | Medicare Supplier Agreement for Brace Yourself - January 28, 2021 |
| 7 | | | | | Medicare Site Visit Report - February 17, 2021 |
| 8 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims Data |
| 9 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims for Counts 2-8 |
| 10 | | | | | FRE 1006 Summary - Brace Yourself WF *8834 Inflows and Outflows |
| 11 | | | | | FRE 1006 Summary - Cruz Chase *1805 Inflows and Outflows |
| 12 | | | | | FRE 1006 Summary - Cruz Chase *1805 Structuring Counts |
| 100 | | | | | **Summary Exhibits** |
| 101 | | | | | FRE 1006 Summary - Brace Yourself Medicare Enrollment Summary |
| 102 | | | | | FRE 1006 Summary - Brace Yourself Program Integrity Investigation |
| 103 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims Data |
| 104 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims by Procedure Code |
| 105 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims Activity by Month |
| 106 | | | | | FRE 1006 Summary - Brace Yourself Claims Activity by State |
| 107 | | | | | FRE 1006 Summary - Brace Yourself Braces per Beneficiary |
| 108 | | | | | FRE 1006 Summary - Brace Yourself Single Brace Claims |
| 109 | | | | | FRE 1006 Summary - Brace Yourself Multiple Brace Examples |
| 110 | | | | | FRE 1006 Summary - Brace Yourself Thirteen-Brace Example |
| 111 | | | | | FRE 1006 Summary - Brace Yourself Medicare Claims for Counts 2-8 |
| 112 | | | | | FRE 1006 Summary - Brace Yourself WF *8834 Inflows and Outflows |
| 113 | | | | | FRE 1006 Summary - Brace Yourself WF *8834 Flow Chart |
| 114 | | | | | FRE 1006 Summary - Cruz Chase *1805 Inflows and Outflows |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 115 | | | | | FRE 1006 Summary - Cruz Chase *1805 Structuring Counts |
| 116 | | | | | FRE 1006 Summary - Toll Records for Almansa *4443 Line |
| 117 | | | | | FRE 1006 Summary - Toll Records for J. Cruz *0965 Line |
| 118 | | | | | FRE 1006 Summary - Toll Records for J. Cruz *3116 Line |
| 200 | | | | | **Medicare Records and Data** |
| 201 | | | | | Brace Yourself - Medicare Enrollment File |
| 202 | | | | | Brace Yourself - Medicare Claims Data |
| 203 | | | | | Brace Yourself - CEDI Enrollment and Authorization Forms |
| 204 | | | | | CMS Form 855S Blank Example |
| 300 | | | | | **Patient Files and Documents** |
| 301 | | | | | BYS Patient File - A.L. |
| 302 | | | | | BYS Patient File - A.K. |
| 303 | | | | | BYS Patient File - B.P. |
| 304 | | | | | BYS Patient File - L.R. |
| 305 | | | | | BYS Patient File - L.A. |
| 306 | | | | | BYS Patient File - S.K. 1 |
| 307 | | | | | BYS Patient File - S.K. 2 |
| 308 | | | | | BYS Patient File - M.A. |
| 400 | | | | | **Financial Records** |
| 401 | | | | | Brace Yourself WF *8834 1 |
| 402 | | | | | Brace Yourself WF *8834 2 |
| 403 | | | | | Brace Yourself WF *8834 3 |
| 404 | | | | | Brace Yourself WF *8834 4 |
| 405 | | | | | Brace Yourself WF *8834 5 |
| 406 | | | | | Brace Yourself WF *8834 6 |
| 407 | | | | | Brace Yourself WF *7149 1 |
| 408 | | | | | Brace Yourself WF *7149 2 |
| 409 | | | | | Brace Yourself WF *7149 3 |
| 410 | | | | | Brace Yourself WF *7149 4 |
| 411 | | | | | Cruz Chase *1805 1 |
| 412 | | | | | Cruz Chase *1805 2 |
| 413 | | | | | Cruz Chase *1805 3 |
| 414 | | | | | Cruz Bank of America *3919 and *8724 Accounts |
| 415 | | | | | Masteroz Labs - Bank of America Credit Application |
| 416 | | | | | Chris Cruz - Coinbase Account and Activity Logs |
| 417 | | | | | Chris Cruz - Coinbase Identity Verification |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 418 | | | | | Chris Cruz PNC Bank Signature Card and Statements |
| 419 | | | | | Quantumgenix Labs Bank of America *7500 Account |
| 420 | | | | | Plexus Management WF *9878 1 |
| 421 | | | | | Plexus Management WF *9878 2 |
| 422 | | | | | Plexus Management WF *9878 3 |
| 423 | | | | | Plexus Management WF *9878 4 |
| 424 | | | | | Plexus Management WF *9878 5 |
| 425 | | | | | Almansa WF *2936 Account 1 |
| 426 | | | | | Almansa WF *2936 Account 2 |
| 427 | | | | | Almansa WF *2936 Account 3 |
| 428 | | | | | Almansa WF *2936 Account 4 |
| 500 | | | | | **Phone Records and Email Subscriber Info** |
| 501 | | | | | Skype Chat - Chris Cruz and Juan Pena |
| 502 | | | | | Phone Contacts from C. Schwartz Phone |
| 503 | | | | | Celebrite Device Summary - Almansa iPhone |
| 504 | | | | | Celebrite Report - Almansa and C. Cruz Conversation |
| 505 | | | | | Celebrite Report - Almansa and C. Schwartz Conversation |
| 506 | | | | | Google Subscriber Records for braceyourselfmd@gmail.com |
| 507 | | | | | T-Mobile Subscriber Information - Almansa *4443 Line 1 |
| 508 | | | | | T-Mobile Subscriber Information - J. Cruz *0965 Line |
| 509 | | | | | T-Mobile Subscriber Information - J. Cruz *3116 Line |
| 510 | | | | | T-Mobile Toll Records - Almansa *4443 Line 2 |
| 511 | | | | | T-Mobile Toll Records - J. Cruz *0965 Line |
| 512 | | | | | T-Mobile Toll Records - J. Cruz *3116 Line |
| 513 | | | | | Comcast IP Address Subscriber Records |
| 514 | | | | | AT&T IP Address Subscriber Records |
| | | | | | T-Mobile Toll Records - Almansa *4443 Line 1 |
| | | | | | T-Mobile Subscriber Information - Almansa *4443 Line 2 |
| 600 | | | | | **Corporate Documents** |
| 601 | | | | | Certified Corporate Registration Documents - Brace Yourself MD LLC |
| 602 | | | | | Lease Records - Brace Yourself |
| 603 | | | | | Certified Corporate Registration Documents - Masteroz Labs |
| 604 | | | | | Certified Corporate Registration Documents - Plexus Management |

5

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 605 | | | | | Certified Corporate Registration Documents - Malaka Management |
| 606 | | | | | Certified Corporate Registration Documents - Quantumgenix |
| 607 | | | | | Certified Corporate Registration Documents - Sunblockers Tint Inc. |
| 700 | | | | | **Miscellaneous** |
| 701 | | | | | Certified DAVID Records - Chris Cruz |
| 702 | | | | | Certified DAVID Records - Jorge Almansa |
| 703 | | | | | Certified DAVID Records - Jose Cruz |
| 704 | | | | | Certified Wage and Earnings Records - Florida Department of Revenue |
| 800 | | | | | **FRE 902(11) Business Certifications** |
| 801 | | | | | Brace Yourself Medicare Enrollment Records Certification |
| 802 | | | | | CEDI Records Certification |
| 803 | | | | | Wells Fargo Records Certification 1 |
| 804 | | | | | Wells Fargo Records Certification 2 |
| 805 | | | | | Wells Fargo Records Certification 3 |
| 806 | | | | | Wells Fargo Records Certification 4 |
| 807 | | | | | Wells Fargo Records Certification 5 |
| 808 | | | | | Wells Fargo Records Certification 6 |
| 809 | | | | | JPMorgan Chase Records Certification 1 |
| 810 | | | | | JPMorgan Chase Records Certification 2 |
| 811 | | | | | JPMorgan Chase Records Certification 3 |
| 812 | | | | | Bank of America Records Certification 1 |
| 813 | | | | | Bank of America Records Certification 2 |
| 814 | | | | | T-Mobile Records Certification 1 |
| 815 | | | | | Google Records Certification |
| 816 | | | | | Comcast Records Certification |
| 817 | | | | | AT&T Records Certification |
| 818 | | | | | Brace Yourself Lease Records Certification |
| 819 | | | | | T-Mobile Records Certification 2 |
| 820 | | | | | PNC Bank Records Certification |
| 821 | | | | | Coinbase Records Certification |
| 1000 | | | | | **Brace Yourself Emails** |
| 1001 | | | | | Email from Billing Company to BYS regarding claim billing approval. |
| 1002 | | | | | Email from BYS to Billing Company with contact information for Dropshipper. |
| 1003 | | | | | Email confirmation for Zelle payment of $500 from BYS to Jose Cruz. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1004 | | | | | Email from Billing Company to Dropshipper regarding patient orders. |
| 1005 | | | | | Email from Dropshipper to BYS and Billing Company with packing slips, invoices, and tracking numbers for patient orders. |
| 1006 | | | | | Email from Billing Company to BYS regarding billing of 47 items across 23 patients. |
| 1007 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1008 | | | | | Email confirmation for Zelle payment of $2500 from BYS to Chris Cruz. |
| 1009 | | | | | Email confirmation for Zelle payment of $500 from BYS to Jose Cruz. |
| 1010 | | | | | Email confirmation for Zelle payment of $200 from BYS to N. Cruz. |
| 1011 | | | | | Email from Stamps.com regarding opening of account in the name of "Chris Cruz" with username "Brace9." |
| 1012 | | | | | Email from Billing Company to BYS regarding billing of claims for 27 patients. |
| 1013 | | | | | Email from BYS to Priority Health attaching signed W-9 form. |
| 1014 | | | | | Email from Billing Company to BYS regarding repeat billing of same patients. |
| 1015 | | | | | Email from Billing Company to BYS regarding claim payments. |
| 1016 | | | | | Email from Dropbox to BYS reflecting upload of patient files to shared folder. |
| 1017 | | | | | Email from Billing Company to Dropshipper regarding orders for 27 patients. |
| 1018 | | | | | Email from Billing Company to BYS regarding orders of 81 items for 27 patients. |
| 1019 | | | | | Email from Billing Company to BYS regarding billing of 81 items for 27 patients. |
| 1020 | | | | | Email confirmation for Zelle payment of $770 from BYS to Jose Cruz. |
| 1021 | | | | | Email from ShipWorks to BYS regarding new account for "Chris." |
| 1022 | | | | | Email confirmation for Zelle payment of $2500 from BYS to Chris Cruz. |
| 1023 | | | | | Email from Billing Company to BYS regarding billing of 98 line items for patient orders. |
| 1024 | | | | | Email from Property Management Company regarding lease payment. |
| 1025 | | | | | Emails between Billing Company and BYS regarding MyCGS designation form signed by Chris Cruz. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1026 | | | | | Email from another DME company to BYS regarding potential marketer and billing codes and reimbursement amounts. |
| 1027 | | | | | Emails between BYS and Billing Company and BYS and Marketer regarding potential states for BYS claims. |
| 1028 | | | | | Email forward from Chris Cruz's personal email to BYS regarding payment receipt for BYS's corporate surety bond. |
| 1029 | | | | | Email from BYS to Billing Company regarding same and similar claims. |
| 1030 | | | | | Email from BYS to Marketer with contact information for BYS. |
| 1031 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1032 | | | | | Email from BYS to Marketer regarding contract for marketing services. |
| 1033 | | | | | Email from BYS to Charles Schwartz regarding billing of claims. |
| 1034 | | | | | Email service ticket from ShipWorks to BYS. |
| 1035 | | | | | Email reflecting Marketer invoice sent to BYS. |
| 1036 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1037 | | | | | Email from BYS to Charles Schwartz regarding Medicare claim denials. |
| 1038 | | | | | Email from Billing Company to BYS regarding denial of claims based on Same and Similar. |
| 1039 | | | | | Email from BYS to Marketer regarding wire transfer of $10,000 from BYS. |
| 1040 | | | | | Email confirmation for Zelle payment of $1100 from BYS to Jose Cruz. |
| 1041 | | | | | Email confirmation for Zelle payment of $1000 from BYS to Chris Cruz. |
| 1042 | | | | | Email receipt from ShipWorks addressed to Chris Cruz. |
| 1043 | | | | | Email service ticket from ShipWorks to BYS. |
| 1044 | | | | | Email receipt from Stamps.com to BYS for user "Chris" with username "brace99." |
| 1045 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's presence in a skilled nursing facility on purported date of service. |
| 1046 | | | | | Emails reflecting upload of 47 new patient orders by Marketer through Smartsheet shared folder. |
| 1047 | | | | | Email from Billing Company to Dropshipper regarding orders for 47 patients. |
| 1048 | | | | | Emails between BYS and Billing Company regarding denial of claims and relationship with marketing services. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1049 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1050 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1051 | | | | | Email from Billing Company to Dropshipper regarding 108 line items for 47 patient orders. |
| 1052 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |
| 1053 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1054 | | | | | Email from Billing Company to BYS regarding denial of claims. |
| 1055 | | | | | Emails from Billing Company to BYS, and from BYS to Marketer, regarding denial of claim by Medicare. |
| 1056 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |
| 1057 | | | | | Emails between Billing Company and BYS regarding payment of claims. |
| 1058 | | | | | Email from Billing Company to BYS regarding processing of patient orders uploaded through Smartsheet. |
| 1059 | | | | | Email from payment processor to BYS for account in the name of "CHRIS CRUZ." |
| 1060 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1061 | | | | | Email from BYS's corporate liability insurer regarding policy and renewal materials. |
| 1062 | | | | | Email between Dropshipper and BYS regarding items refused by customers. |
| 1063 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1064 | | | | | Email from Billing Company to BYS regarding receipt and billing of patient orders from Marketer. |
| 1065 | | | | | Email from Billing Company to Dropshipper regarding 97 line items for 36 patient orders. |
| 1066 | | | | | Email from Billing Company to Dropshipper regarding 226 line items for 89 patient orders. |
| 1067 | | | | | Email between Dropshipper and BYS regarding items refused by customers. |
| 1068 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1069 | | | | | Email between BYS and Property Management Company regarding lease for BYS office. |
| 1070 | | | | | Email from BYS to Billing Company regarding claim review and audit. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1071 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1072 | | | | | Emails between Billing Company and BYS regarding invoices addressed to Chris Cruz. |
| 1073 | | | | | Email from BYS to Billing Company regarding targeted probe and educational efforts based on BYS's claims data. |
| 1074 | | | | | Email from Billing Company to BYS regarding 54 line items for 20 patient orders. |
| 1075 | | | | | Emails between Billing Company and BYS regarding patient claims. |
| 1076 | | | | | Emails between Billing Company and BYS regarding invoices addressed to Chris Cruz. |
| 1077 | | | | | Email from BYS to itself regarding contract between BYS and Billing Company. |
| 1078 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1079 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1080 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1081 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1082 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1083 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1084 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1085 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1086 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1087 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1088 | | | | | Email from BYS to Billing Company regarding MyCGS online password. |
| 1089 | | | | | Email from Billing Company to BYS, and from BYS to Marketer, regarding denial of claim. |
| 1090 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's presence in a skilled nursing facility on purported date of service. |
| 1091 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1092 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1093 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1094 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1095 | | | | | Email from Billing Company to BYS regarding 66 line items for 22 patient orders. |
| 1096 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1097 | | | | | Email from Billing Company to BYS regarding payment of claims. |
| 1098 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1099 | | | | | Email from BYS to itself regarding MyCGS online password. |
| 1100 | | | | | Email from Billing Code to BYS regarding claim code. |
| 1101 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1102 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1103 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1104 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1105 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1106 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1107 | | | | | Emails to BYS regarding BYS corporate registration, listing Chris Cruz as the customer name and billing name. |
| 1108 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1109 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1110 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1111 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1112 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1113 | | | | | Email from Billing Company to Dropshipper regarding 96 line items for 39 patient orders. |
| 1114 | | | | | Email from Billing Company to BYS regarding access to patient orders in Smartsheet. |
| 1115 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1116 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1117 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1118 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1119 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits. |
| 1120 | | | | | Email from Billing Company to BYS regarding 46 line items for 13 patient orders. |
| 1121 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1122 | | | | | Email from BYS to Chris Cruz's personal email with BYS's Wells Fargo bank statements attached to email. |
| 1123 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1124 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1125 | | | | | Email from Billing Company to BYS regarding 42 line items for 18 patient orders. |
| 1126 | | | | | Email from BYS to Billing Company regarding MyCGS online password. |
| 1127 | | | | | Email from Billing Company to BYS regarding 58 line items for 22 patient orders. |
| 1128 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1129 | | | | | Email from Billing Company to BYS regarding claim payments. |
| 1130 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1131 | | | | | Emails between BYS and Billing Company regarding audit and educational call with Medicare. |
| 1132 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1133 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1134 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1135 | | | | | Email from BYS to Dropshipper regarding items available for customer orders. |
| 1136 | | | | | Emails reflecting audit and educational call with Medicare attended by Chris Cruz and Billing Company representative. |
| 1137 | | | | | Emails between BYS and Billing Company regarding formulation of process improvement plan document for Medicare after targeted audit and educational conference. |
| 1138 | | | | | Emails from BYS to Medicare regarding process improvement plan signed by Chris Cruz. |
| 1139 | | | | | Emails between BYS and Billing Company regarding billing codes after Medicare targeted probe and educational conference. |
| 1140 | | | | | Emails from Marketer to BYS, and from BYS to Billing Company, regarding eligibility of patient claim. |
| 1141 | | | | | Email from Medicare to BYS regarding billing codes and state-by-state requirements for claims. |
| 1142 | | | | | Email from BYS to Billing Company regarding billing codes and state-by-state requirements for claims. |
| 1143 | | | | | Email from BYS to Billing Company regarding online password for BYS's PECOS account. |
| 1144 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1145 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1146 | | | | | Email from Wells Fargo to BYS regarding appointment confirmation for Chris Cruz to open a new business account. |
| 1147 | | | | | Emails from BYS to Dropshipper and BYS to Billing Company regarding claim combinations and requirements. |
| 1148 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1149 | | | | | Email from BYS to Billing Company regarding addressing of emails to Chris Cruz. |
| 1150 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1151 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1152 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1153 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1154 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits. |
| 1155 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1156 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1157 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1158 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1159 | | | | | Email reflecting that City of Fort Lauderdale corporate tax documents are addressed to "CHRIS CRUZ." |
| 1160 | | | | | Email from BYS to Better Business Bureau regarding response to consumer complaint against BYS. |
| 1161 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1162 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1163 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1164 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1165 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1166 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1167 | | | | | Email from BYS to Billing Company regarding billing claims in different states. |
| 1168 | | | | | Emails between Billing Company and BYS regarding claim code combinations. |
| 1169 | | | | | Email from BYS to Billing Company regarding denial of claim. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1170 | | | | | Email from BYS to Billing Company regarding call recordings for patients in Smartsheet. |
| 1171 | | | | | Email from Billing Company to BYS regarding 72 line items for 34 patient orders. |
| 1172 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1173 | | | | | Emails between BYS and Billing Company regarding claim denial based on lack of medical necessity. |
| 1174 | | | | | Email from Billing Company to BYS regarding 96 line items for 34 patient orders. |
| 1175 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1176 | | | | | Email to BYS reflecting that BYS's policy coverage documents are in the name of Chris Cruz. |
| 1177 | | | | | Email from Billing Company to BYS regarding 76 line items for 25 patient orders. |
| 1178 | | | | | Email from Billing Company to BYS regarding claim denial where purported patient was deceased on alleged date of service. |
| 1179 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1180 | | | | | Email from BYS to Billing Company regarding claim and appeal denials. |
| 1181 | | | | | Emails between Billing Company and BYS regarding claim payments, billing code combinations, and claim reimbursements. |
| 1182 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1183 | | | | | Email from BYS to Marketer regarding claim code combinations and reimbursements. |
| 1184 | | | | | Email from Billing Company to BYS regarding 196 line items for 49 patient orders. |
| 1185 | | | | | Email from Billing Company to BYS regarding 40 line items for 10 patient orders. |
| 1186 | | | | | Emails between Dropshipper and BYS regarding BYS's order volume and shipment of more expensive items to customers. |
| 1187 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1188 | | | | | Email from Billing Company to BYS regarding 42 line items for 18 patient orders. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1189 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1190 | | | | | Email confirmation for Zelle payment of $2000 from BYS to Chris Cruz. |
| 1191 | | | | | Examples of wire confirmation emails from Wells Fargo to BYS. |
| 1192 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1193 | | | | | Email from Billing Company to BYS regarding 196 line items for 49 patient orders. |
| 1194 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1195 | | | | | Email from Billing Company to BYS regarding 64 line items for 16 patient orders. |
| 1196 | | | | | Email from Billing Company to BYS regarding 72 line items for 18 patient orders. |
| 1197 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1198 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1199 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits. |
| 1200 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1201 | | | | | Email from Billing Company to BYS regarding 200 line items for 50 patient orders. |
| 1202 | | | | | Email from BYS to Billing Company referencing Better Business Complaint regarding unnecessary items shipped to patient. |
| 1203 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1204 | | | | | Email from Billing Company to BYS regarding 144 line items for 37 patient orders. |
| 1205 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1206 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1207 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1208 | | | | | Emails between Dropshipper and BYS regarding order volume outlook. |
| 1209 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's hospitalization on date of purported service. |

16

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1210 | | | | | Email from Dropshipper to BYS regarding phone call. |
| 1211 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1212 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1213 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1214 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1215 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1216 | | | | | Email from Billing Company to BYS regarding 88 line items for 22 patient orders. |
| 1217 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1218 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1219 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1220 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1221 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1222 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1223 | | | | | Email receipt from QuickBooks to BYS addressed to Chris Cruz. |
| 1224 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1225 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1226 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1227 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1228 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1229 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1230 | | | | | Email reflecting that City of Fort Lauderdale corporate tax documents are addressed to "CHRIS CRUZ." |
| 1231 | | | | | Email confirmation for Zelle payment of $1500 from BYS to Chris Cruz. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1232 | | | | | Email from Google to BYS reflecting that backup email for BYS's email account is Chris Cruz's personal email. |
| 1233 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1234 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1235 | | | | | Email from Billing Company to BYS with attached agreements between Billing Company and BYS. |
| 1236 | | | | | Emails from Dropshipper to BYS attaching agreements with BYS. |
| 1237 | | | | | Email from BYS to Chris Cruz's personal email attaching agreement between BYS and Marketer. |
| 1238 | | | | | Email from BYS to Chris Cruz's personal email attaching corporate liability insurance documents for BYS. |
| 1239 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1240 | | | | | Email from BYS to Billing Company regarding claim reviews and audits. |
| 1241 | | | | | Email from Marketer to BYS regarding wire transfer. |
| 1242 | | | | | Email from BYS to Billing Company regarding denial of claim. |
| 1243 | | | | | Emails between BYS and Billing Company regarding denial of claim and appeal. |
| 1244 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1245 | | | | | Email from Property Management Company to BYS regarding renewal of lease for BYS's office. |
| 1246 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1247 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1248 | | | | | Email from Billing Company to BYS regarding 64 line items for 16 patient orders. |
| 1249 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1250 | | | | | Email from BYS to Billing Company regarding a claim review and audit. |
| 1251 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1252 | | | | | Emails between BYS and Billing Company regarding claims against BYS's surety bond. |
| 1253 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1254 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1255 | | | | | Email and attached letter to BYS from Missouri Attorney General regarding consumer complaint. |
| 1256 | | | | | Email from Billing Company to BYS regarding 104 line items for 26 patient orders. |
| 1257 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1258 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1259 | | | | | Emails between Office Depot and BYS regarding order placed by Chris Cruz. |
| 1260 | | | | | Email from Billing Company to BYS regarding 148 line items for 37 patient orders. |
| 1261 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1262 | | | | | Email from Billing Company to BYS regarding denial of claim based on lack of medical necessity. |
| 1263 | | | | | Email from BYS to Billing Company regarding a claim review and audit. |
| 1264 | | | | | Email from BYS to Billing Company regarding a claim review and audit. |
| 1265 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1266 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1267 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1268 | | | | | Email from Billing Company to BYS regarding 152 line items for 38 patient orders. |
| 1269 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1270 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1271 | | | | | Email to BYS regarding 2023 income tax return for Chris Cruz. |
| 1272 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1273 | | | | | Email from BYS to Billing Company regarding claim and appeal denial based on lack of medical necessity. |
| 1274 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1275 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1276 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1277 | | | | | Email from Wells Fargo to BYS regarding addition of call center as new wire transfer recipient. |
| 1278 | | | | | Emails between BYS and Billing Company regarding the suspension of BYS's billing privileges. |
| 1279 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1280 | | | | | Email from Property Management Company to BYS regarding rent for BYS's office. |
| 1281 | | | | | Emails between BYS and Dropshipper regarding suspension of BYS's billing privileges. |
| 1282 | | | | | Email from BYS to Billing Company regarding the continued suspension of BYS's billing privileges. |
| 1283 | | | | | Email from BBB to BYS, addressed to Chris Cruz, regarding accreditation of BYS. |
| 1284 | | | | | Email from BYS to Billing Company regarding Medicare's revocation of BYS's NPI and determination that BYS is no longer an operational company. . |
| 1285 | | | | | Email from BYS to Billing Company regarding claims against BYS's surety bond. |
| 1286 | | | | | Emails between BYS and Billing Company regarding Medicare's overpayment claims against BYS. |