# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CR-60142-DIMITROULEAS(s)

**UNITED STATES OF AMERICA**                    <u>**Witness and Exhibit List**</u>

**v.**

**CHRISTIAN CRUZ,**
        **a/k/a "Chris Cruz,"**
_____/

| Presiding Judge: | | | | | AUSA: | Defendant's Attorney: |
|---|---|---|---|---|---|---|
| The Honorable William P. Dimitrouleas | | | | | Sterling M. Paulson<br>Owen Dunn (DOJ) | Mark Eiglarsh |
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter:<br>Gina Rodriguez | Courtroom Deputy:<br>Crystal Barnes-Butler |
| **WITNESS LIST** | | | | | | |
| 1. | | | | | Daniel H. Coney, SafeGuard Services, LLC | |
| 2. | | | | | Phil Colmenares, MD, MPH, CGS Admin, LLC | |
| 3. | | | | | Charles Schwartz | |
| 4. | | | | | Diana Ortega, Palmetto GBA | |
| 5. | | | | | Kathryn Abel, JPMorgan Chase | |
| 6. | | | | | Shannon D. Woulard, FBI | |
| 7. | | | | | Leyla Lopez, FBI | |
| 8. | | | | | Dr. Jeremy Campbell | |
| 9. | | | | | Dr. Kevin Alban | |
| 10. | | | | | Frank Balford | |
| 11. | | | | | Steven Kayden | |
| 12. | | | | | Orlando Buissereth, HHS-OIG | |

| **EXHIBIT LIST** | | | | | |
|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
| **0** | | | | | **Substantive Counts and Overt Acts** |
| 1 | | | | | Certified Corporate Registration Documents - Brace Yourself MD LLC ("BYS") |
| 2 | | | | | Brace Yourself WF *8834 - Account Opening Application |
| 3A | | | | | Summary of Overt Acts 2, 4, 5 (May 2021 Bank Statement x8834) |
| 3B | | | | | Summary of Overt Acts 2, 4, 5 (May 28, 2021, Wire Transfer Record) |
| 3C | | | | | Summary of Overt Acts 2, 4, 5 (Dec 2022 Bank Statement x8834) |
| 3D | | | | | Summary of Overt Acts 2, 4, 5 (Dec 27, 2022, Wire Transfer Record) |
| 4 | | | | | Brace Yourself Medicare Claims for Counts 2-8 |
| 5 | | | | | Summary of Cruz *1805 Chase Structuring Counts 10-12 |
| **100** | | | | | **Summary Exhibits** |
| 101 | | | | | Brace Yourself Medicare Enrollment Summary |
| 103 | | | | | Brace Yourself Medicare Claims and Payment Summary |
| 105 | | | | | Brace Yourself Medicare Billed Procedure Codes |
| 106 | | | | | Brace Yourself Medicare Summary Timeline |
| 108 | | | | | Brace Yourself Data Summary – Beneficiary Location |
| 109 | | | | | Brace Yourself Data Summary – Braces per Beneficiary |
| 110 | | | | | Brace Yourself Data Summary– Single Brace Data |
| 112 | | | | | Brace Yourself Data Summary– Thirteen Braces for One Beneficiary Example |
| 113 | | | | | Brace Yourself WF *8834 Corporate Bank Account – Inflows and Outflows |
| 114 | | | | | Brace Yourself WF *8834 Corporate Bank Account – Flow of Funds to Chris Cruz and Others |
| 115 | | | | | Cruz Chase *1805 Individual Bank Account – Inflows and Outflows |
| 117 | | | | | Summary of Phone Contact between Subscriber Lines |
| 118 | | | | | Phone Contact between Almansa *4443, Cruz *1990, Cruz *1367, and Other Phone Subscriber Lines |
| 120 | | | | | Illustrations of Orthotic Devices |
| **200** | | | | | **Medicare Records and Data** |
| 200 | | | | | Physical Exhibit – Disc of Medicare Records |
| 201A | | | | | December 10, 2020, Site Visit Report |
| 201B | | | | | December 17, 2020, Emails from Chris Cruz |
| 201C | | | | | January 28, 2021, Form 855S |
| 201D | | | | | January 28, 2021, Penalties and Certification Statement |
| 201E | | | | | January 28, 2021, Electronic Fund Authorization Form |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 201F | | | | | February 17, 2021, Site Visit Report |
| 201G | | | | | February 18, 2021, Email from Cruz 1 |
| 201H | | | | | February 18, 2021, Email from Cruz 2 |
| 201I | | | | | February 18, 2021, Email from Cruz 3 |
| 202 | | | | | Brace Yourself – Medicare Claims Data |
| 204 | | | | | CMS Form 855S Blank Example |
| **300** | | | | | **Patient Files and Documents** |
| 301 | | | | | BYS Patient File –  A.L. |
| 302 | | | | | BYS Patient File –  A.K. |
| 303 | | | | | BYS Patient File –  B.P. |
| 304 | | | | | BYS Patient File –  L.R. |
| 305 | | | | | BYS Patient File –  L.A. |
| 306 | | | | | BYS Patient File –  S.K. 1 |
| 307 | | | | | BYS Patient File –  S.K. 2 |
| 308 | | | | | BYS Patient File – M.A. |
| 309 | | | | | BYS Patient File – W.H. |
| 310 | | | | | BYS Patient File – J.M. |
| 311 | | | | | BYS Patient File – A.D. |
| 312 | | | | | BYS Patient File – P.W. |
| **400** | | | | | **Financial Records** |
| 401 | | | | | Brace Yourself WF *8834 Account Records 1 |
| 402 | | | | | Brace Yourself WF *8834 Account Records 2 |
| 403 | | | | | Brace Yourself WF *8834 Account Records 3 |
| 404 | | | | | Brace Yourself WF *8834 Account Records 4 |
| 405 | | | | | Brace Yourself WF *8834 Account Records 5 |
| 406 | | | | | Brace Yourself WF *8834 Account Records 6 |
| 407 | | | | | Brace Yourself WF *7149 Account Records 1 |
| 408 | | | | | Brace Yourself WF *7149 Account Records 2 |
| 409 | | | | | Brace Yourself WF *7149 Account Records 3 |
| 410 | | | | | Brace Yourself WF *7149 Account Records 4 |
| 411 | | | | | Chris Cruz Chase *1805 Account Records 1 |
| 412 | | | | | Chris Cruz Chase *1805 Account Records 2 |
| 413 | | | | | Chris Cruz Chase *1805 Account Records 3 |
| 414 | | | | | Chris Cruz Bank of America *3919 and *8724 Accounts |
| 415 | | | | | Masteroz Labs - Bank of America Credit Application |
| 416 | | | | | Chris Cruz - Coinbase Account and Activity Logs |
| 417 | | | | | Chris Cruz - Coinbase Identity Verification Pictures |
| 418 | | | | | Chris Cruz PNC Bank Signature Card and Statements |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 419 | | | | | Quantumgenix Labs Bank of America *7500 Account |
| 420 | | | | | Plexus Management WF *9878 Account Records 1 |
| 421 | | | | | Plexus Management WF *9878 Account Records 2 |
| 422 | | | | | Plexus Management WF *9878 Account Records 3 |
| 423 | | | | | Plexus Management WF *9878 Account Records 4 |
| 424 | | | | | Plexus Management WF *9878 Account Records 5 |
| 425 | | | | | Almansa WF *2936 Account Records 1 |
| 426 | | | | | Almansa WF *2936 Account Records 2 |
| 427 | | | | | Almansa WF *2936 Account Records 3 |
| 428 | | | | | Almansa WF *2936 Account Records 4 |
| **500** | | | | | **Phone Records and Email Subscriber Info** |
| 501A | | | | | Skype Chat - Chris Cruz and Juan Pena - screenshots |
| 502 | | | | | Phone Contacts from C. Schwartz Phone |
| 503 | | | | | Celebrite Extraction Report - Almansa iPhone |
| 504 | | | | | Celebrite Report - Almansa and C. Cruz Conversation |
| 505 | | | | | Celebrite Report - Almansa and C. Schwartz Conversation |
| 506 | | | | | Google Subscriber Records for braceyourselfmd@gmail.com |
| 507 | | | | | T-Mobile Subscriber Information - Almansa *4443 Line 1 |
| 508 | | | | | T-Mobile Subscriber Information - J. Cruz *0965 Line |
| 509 | | | | | T-Mobile Subscriber Information - J. Cruz *3116 Line |
| 510 | | | | | T-Mobile Toll Records - Almansa *4443 Line 2 |
| 511 | | | | | T-Mobile Toll Records - J. Cruz *0965 Line |
| 512 | | | | | T-Mobile Toll Records - J. Cruz *3116 Line |
| 513 | | | | | Comcast IP Address Subscriber Records |
| 514 | | | | | AT&T IP Address Subscriber Records |
| 515 | | | | | T-Mobile Toll Records - Almansa *4443 Line 1 |
| 516 | | | | | T-Mobile Subscriber Information - Almansa *4443 Line 2 |
| 517 | | | | | Schwartz-Almansa Text Screenshots from Schwartz Phone |
| 519 | | | | | T-Mobile Subscriber Information – C. Cruz *1990 and *1367 Lines |
| 519A | | | | | T-Mobile Toll Records - C. Cruz *1367 Line |
| 519B | | | | | T-Mobile Toll Records - C. Cruz *1990 Line |
| **600** | | | | | **Corporate Documents** |
| 601 | | | | | Certified Corporate Registration Documents - Brace Yourself MD LLC |
| 602 | | | | | Lease Records - Brace Yourself |
| 603 | | | | | Certified Corporate Registration Documents - Masteroz Labs |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 604 | | | | | Certified Corporate Registration Documents - Plexus Management |
| 605 | | | | | Certified Corporate Registration Documents - Malaka Management |
| 606 | | | | | Certified Corporate Registration Documents - Quantumgenix |
| **700** | | | | | **Miscellaneous** |
| 701 | | | | | Certified DAVID Records - Chris Cruz |
| 702 | | | | | Certified DAVID Records - Jorge Almansa |
| 703 | | | | | Certified DAVID Records - Jose Cruz |
| 704 | | | | | Wage and Earnings Records - Florida Department of Revenue |
| 705 | | | | | Wage and Earnings Records - Florida Department of Revenue |
| 706 | | | | | Florida Department of Highway Safety and Motor Vehicles business record certification for certified DAVID records. |
| 707 | | | | | Chris Cruz Cleveland Clinic Hospital Employment Records |
| **800** | | | | | **FRE 902(11) Business Certifications** |
| 801 | | | | | Brace Yourself Medicare Enrollment Records Certification |
| 802 | | | | | CEDI Records Certification |
| 803 | | | | | Wells Fargo Records Certification 1 |
| 804 | | | | | Wells Fargo Records Certification 2 |
| 805 | | | | | Wells Fargo Records Certification 3 |
| 806 | | | | | Wells Fargo Records Certification 4 |
| 807 | | | | | Wells Fargo Records Certification 5 |
| 808 | | | | | Wells Fargo Records Certification 6 |
| 809 | | | | | JPMorgan Chase Records Certification 1 |
| 810 | | | | | JPMorgan Chase Records Certification 2 |
| 811 | | | | | JPMorgan Chase Records Certification 3 |
| 812 | | | | | Bank of America Records Certification 1 |
| 813 | | | | | Bank of America Records Certification 2 |
| 814 | | | | | T-Mobile Records Certification 1 |
| 815 | | | | | Google Records Certification |
| 816 | | | | | Comcast Records Certification |
| 817 | | | | | AT&T Records Certification |
| 818 | | | | | Brace Yourself Lease Records Certification |
| 819 | | | | | T-Mobile Records Certification 2 |
| 820 | | | | | PNC Bank Records Certification |
| 821 | | | | | Coinbase Records Certification |
| | | | | | |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| **900** | | | | | **Trial Stipulations** |
| 901 | | | | | Trial Stipulation 1 - Patient Testimony |
| 902 | | | | | Trial Stipulation 2 - Reported Wage and Earnings |
| 903 | | | | | Trial Stipulation 3 - Almansa Phone Data |
| 904 | | | | | Trial Stipulation 4 - Almansa Flight |
| **1000** | | | | | **Brace Yourself Emails** |
| 1001 | | | | | Email from Billing Company to BYS regarding claim billing approval. |
| 1002 | | | | | Email confirmation for Zelle payment of $500 from BYS to Jose Cruz. |
| 1003 | | | | | Email from Billing Company to Dropshipper and BYS regarding patient orders. |
| 1003A | | | | | Spreadsheet of orders sent from Billing Company to Dropshipper and BYS. |
| 1004 | | | | | Email from Dropshipper to BYS and Billing Company with packing slips, invoices, and tracking numbers for patient orders. |
| 1004A | | | | | Packing slips sent by Dropshipper to Billing Company and BYS. |
| 1004B | | | | | Invoices sent by Dropshipper to Billing Company and BYS. |
| 1004C | | | | | Tracking numbers sent by Dropshipper to Billing Company and BYS. |
| 1005 | | | | | Email confirmation for Zelle payment of $2500 from BYS to Chris Cruz. |
| 1006 | | | | | Email confirmation for Zelle payment of $500 from BYS to Jose Cruz. |
| 1007 | | | | | Email confirmation for Zelle payment of $200 from BYS to N. Cruz. |
| 1008 | | | | | Email from Stamps.com to BYS regarding opening of account in the name of "Chris Cruz" with username "Brace9." |
| 1009 | | | | | Email from Billing Company to BYS regarding billing of claims for 27 patients. |
| 1010 | | | | | Email from Dropbox to BYS reflecting upload of patient files to shared folder. |
| 1011 | | | | | Email from Billing Company to Dropshipper and BYS regarding orders for 27 patients. |
| 1011A | | | | | Spreadsheet of orders sent from Billing Company to Dropshipper and BYS. |
| 1012 | | | | | Email from Billing Company to BYS regarding orders of 81 items for 27 patients. |
| 1012A | | | | | Spreadsheet of orders sent from Billing Company to BYS. |
| 1013 | | | | | Email from Billing Company to BYS regarding billing of 81 items for 27 patients. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1014 | | | | | Email confirmation for Zelle payment of $770 from BYS to Jose Cruz. |
| 1015 | | | | | Email from ShipWorks to BYS regarding new account for "Chris." |
| 1016 | | | | | Email confirmation for Zelle payment of $2500 from BYS to Chris Cruz. |
| 1017 | | | | | Email from Billing Company to BYS regarding billing of 98 line items for patient orders. |
| 1018 | | | | | Email from Property Management Company regarding lease payment. |
| 1018A | | | | | Lease invoice for BYS corporate office. |
| 1019 | | | | | Emails between Billing Company and BYS regarding MyCGS designation form signed by Chris Cruz. |
| 1019A | | | | | Unsigned version of MyCGS designation form. |
| 1020 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1020A | | | | | Invoice from Billing Company reflecting payment of 5% of claims billed on behalf of BYS. |
| 1020B | | | | | Summary of claim payments to BYS. |
| 1021 | | | | | Email from another DME company to BYS regarding potential marketer and billing codes and reimbursement amounts. |
| 1022 | | | | | Email forward from Chris Cruz's CC667 personal email to BYS regarding payment receipt for BYS's corporate surety bond. |
| 1023 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1024 | | | | | Email service ticket from ShipWorks to BYS. |
| 1025 | | | | | Email reflecting Marketer invoice sent to BYS. |
| 1026 | | | | | Email from Billing Company to BYS regarding denial of claims based on Same and Similar. |
| 1027 | | | | | Email confirmation for Zelle payment of $1100 from BYS to Jose Cruz. |
| 1028 | | | | | Email confirmation for Zelle payment of $1000 from BYS to Chris Cruz. |
| 1029 | | | | | Email receipt from ShipWorks addressed to Chris Cruz. |
| 1029A | | | | | Receipt for payment from BYS to ShipWorks. |
| 1030 | | | | | Email service ticket from ShipWorks to BYS. |
| 1031 | | | | | Email receipt from Stamps.com to BYS for user "Chris" with username "brace99." |
| 1032 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's presence in a skilled nursing facility on purported date of service. |
| 1033 | | | | | Email from Billing Company to Dropshipper and BYS regarding 120 line items for 47 patients. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1033A | | | | | Spreadsheet of orders sent from Billing Company to Dropshipper and BYS. |
| 1034 | | | | | Email from Billing Company to Dropshipper and BYS regarding 108 line items for 47 patient orders. |
| 1034A | | | | | Spreadsheet of orders sent from Billing Company to Dropshipper and BYS. |
| 1035 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |
| 1036 | | | | | Email from Billing Company to BYS regarding denial of claims. |
| 1037 | | | | | Emails from Billing Company to BYS, and from BYS to Marketer, regarding denial of claim by Medicare. |
| 1038 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |
| 1039 | | | | | Email from Billing Company to BYS regarding processing of orders for 130 braces across 50 patients uploaded through Smartsheet. |
| 1039A | | | | | Spreadsheet of orders sent from Billing Company to BYS. |
| 1040 | | | | | Emails between Billing Company and BYS regarding payment of claims. |
| 1041 | | | | | Email from payment processor to BYS for account in the name of "CHRIS CRUZ." |
| 1042 | | | | | Email from BYS's corporate liability insurer regarding policy and renewal materials. |
| 1042A | | | | | BYS insurance renewal notice. |
| 1042B | | | | | BYS insurance policy summary. |
| 1042C | | | | | BYS insurance policy. |
| 1042D | | | | | BYS certificate of insurance. |
| 1042E | | | | | BYS insurance policy payment schedule. |
| 1043 | | | | | Email from Billing Company to BYS regarding 97 line items for 36 patient orders. |
| 1043A | | | | | Spreadsheet of orders sent from Billing Company to BYS. |
| 1044 | | | | | Email from Billing Company to Dropshipper and BYS regarding 226 line items for 89 patient orders. |
| 1044A | | | | | Spreadsheet of orders sent from Billing Company to Dropshipper and BYS. |
| 1045 | | | | | Email from Billing Company to BYS regarding 226 line items for 89 patient orders and multiple rejected orders. |
| 1045A | | | | | Spreadsheet of orders sent from Billing Company to BYS. |
| 1046 | | | | | Email between Dropshipper and BYS regarding items refused by customers. |
| 1046A | | | | | Order delivery notice. |
| 1047 | | | | | Email sent from BYS to itself regarding items refused by customers. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1048 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1049 | | | | | Emails between Billing Company and BYS regarding invoices addressed to Chris Cruz. |
| 1050 | | | | | Emails between Billing Company and BYS regarding invoices addressed to Chris Cruz. |
| 1050A | | | | | Billing Company invoice addressed to Chris Cruz. |
| 1051 | | | | | Email from BYS to Billing Company regarding targeted probe and educational efforts based on BYS's claims data. |
| 1052 | | | | | Email from Billing Company to BYS regarding 54 line items for 20 patient orders. |
| 1052A | | | | | Spreadsheet of orders sent from Billing Company to BYS. |
| 1053 | | | | | Email from BYS to Billing Company regarding targeted probe and educational efforts based on BYS's claims data. |
| 1054 | | | | | Emails between Billing Company and BYS regarding invoices addressed to Chris Cruz. |
| 1054A | | | | | Invoice from Billing Company addressed to Chris Cruz. |
| 1055 | | | | | Email from BYS to itself regarding contract between BYS and Billing Company. |
| 1055A | | | | | Contract between BYS and Billing Company |
| 1056 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1056A | | | | | Invoice from Billing Company addressed to Chris Cruz. |
| 1056B | | | | | Summary of claim payments to BYS. |
| 1057 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1058 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1058A | | | | | Return log sent from Dropshipper to BYS. |
| 1058B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1059 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1060 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1060A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1061 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1062 | | | | | Email from Medicare to BYS regarding failure of targeted probe and audit. |
| 1063 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1063A | | | | | Claim history for patient billed for Same and Similar. |
| 1063B | | | | | Attached payment notice for patient billed for Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1063C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1064 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1065 | | | | | Email reflecting BYS notice to Marketer via Smartsheet regarding denial of claim based on Same and Similar. |
| 1066 | | | | | Email from BYS to itself regarding MyCGS online password. |
| 1067 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1068 | | | | | Email from Dropshipper to BYS regarding 100 line items for 40 patient orders. |
| 1068A | | | | | Spreadsheet of tracking numbers. |
| 1068B | | | | | Packing slips. |
| 1068C | | | | | Item invoices for shipped items. |
| 1069 | | | | | Emails to BYS regarding BYS corporate registration, listing Chris Cruz as the customer name and billing name. |
| 1070 | | | | | Email reflecting update to corporate registration for BYS. |
| 1071 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1072 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1073 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1074 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1075 | | | | | Email from Billing Company to BYS regarding access to patient orders in Smartsheet. |
| 1076 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1077 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1078 | | | | | Email from BYS to Billing Company regarding MyCGS online password. |
| 1079 | | | | | Email from Billing Company to BYS regarding 58 line items for 22 patient orders. |
| 1079A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1080 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1080A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1080B | | | | | Claim history for patient billed for Same and Similar. |
| 1080C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1080D | | | | | Claim history for patient billed for Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1081 | | | | | Email invitation from Medicare to BYS and Billing Company regarding post-audit educational conference. |
| 1081A | | | | | Invitation for March 31, 2022, educational conference between BYS, Billing Company, and Medicare. |
| 1082 | | | | | Emails between BYS and Billing Company regarding audit and educational call with Medicare. |
| 1083 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1084 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1085 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1086 | | | | | Emails reflecting audit and educational call with Medicare attended by Chris Cruz and Billing Company representative. |
| 1087 | | | | | Email from BYS to Dropshipper regarding items available for customer orders. |
| 1087A | | | | | Product list and reimbursement amounts from Dropshipper. |
| 1088 | | | | | Email from Medicare to BYS regarding process improvement plan signed by Chris Cruz. |
| 1089 | | | | | Emails between BYS and Billing Company regarding billing codes after Medicare targeted probe and educational conference. |
| 1090 | | | | | Emails from Marketer to BYS attaching patient file. |
| 1090A | | | | | Faxed patient records for L.P. |
| 1090B | | | | | Attachment to GX 1090 |
| 1091 | | | | | Email from Medicare to BYS regarding billing codes and state-by-state requirements for claims. |
| 1092 | | | | | Email from BYS to Billing Company regarding billing codes and state-by-state requirements for claims. |
| 1093 | | | | | Email from BYS to Billing Company regarding billing codes and state-by-state requirements for claims. |
| 1094 | | | | | Email from BYS to Billing Company regarding online password for BYS's PECOS account. |
| 1095 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1095A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1095B | | | | | Claim history for patient billed for Same and Similar. |
| 1096 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1096A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1096B | | | | | Attached payment notice for patient billed for Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1096C | | | | | Claim history for patient billed for Same and Similar. |
| 1097 | | | | | Email from Wells Fargo to BYS regarding appointment confirmation for Chris Cruz to open a new business account. |
| 1097A | | | | | Invitation for branch appointment for BYS Wells Fargo account. |
| 1098 | | | | | Emails from BYS to Dropshipper regarding claim combinations and requirements. |
| 1099 | | | | | Emails from BYS to Billing Company regarding claim combinations and requirements. |
| 1100 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1100A | | | | | Return log sent from Dropshipper to BYS. |
| 1100B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1101 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1101A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1101B | | | | | Claim history for patient billed for Same and Similar. |
| 1101C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1102 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits. |
| 1102A | | | | | Attached payment notice for patient with exhausted benefits. |
| 1103 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1104 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1104A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1104B | | | | | Claim history for patient billed for Same and Similar. |
| 1105 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1106 | | | | | Email from City of Fort Lauderdale to BYS regarding corporate renewal tax. |
| 1106A | | | | | City of Fort Lauderdale corporate tax document addressed to "CHRIS CRUZ." |
| 1107 | | | | | Email from BYS to Better Business Bureau regarding response to consumer complaint against BYS. |
| 1108 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1109 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1109A | | | | | Attached payment notice for patient billed for Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1109B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1109C | | | | | Claim history for patient billed for Same and Similar. |
| 1110 | | | | | Email from City of Fort Lauderdale to BYS regarding corporate renewal tax. |
| 1110A | | | | | City of Fort Lauderdale corporate tax document addressed to "CHRIS CRUZ." |
| 1111 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1111A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1111B | | | | | Claim history for patient billed for Same and Similar. |
| 1112 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1112A | | | | | List of customer returns. |
| 1113 | | | | | Email between BYS and Dropshipper regarding customer returns. |
| 1114 | | | | | Email from BYS to Billing Company regarding call recordings for patients in Smartsheet. |
| 1115 | | | | | Email from BYS to Billing Company regarding billing claims in different states. |
| 1116 | | | | | Email from BYS to Billing Company regarding call recordings for patients in Smartsheet. |
| 1117 | | | | | Email from Billing Company to BYS regarding 72 line items for 34 patient orders. |
| 1117A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1118 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1118A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1118B | | | | | Claim history for patient billed for Same and Similar. |
| 1118C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1118D | | | | | Claim history for patient billed for Same and Similar. |
| 1118E | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1118F | | | | | Claim history for patient billed for Same and Similar. |
| 1118G | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1119 | | | | | Email from Billing Company to BYS regarding 96 line items for 34 patient orders. |
| 1119A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1120 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1120A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1120B | | | | | Claim history for patient billed for Same and Similar. |
| 1121 | | | | | Email to BYS and attachments reflecting that BYS's policy coverage documents are in the name of Chris Cruz. |
| 1121A | | | | | BYS insurance renewal notice. |
| 1121B | | | | | BYS insurance policy summary. |
| 1121C | | | | | BYS insurance policy. |
| 1121D | | | | | BYS certificate of insurance. |
| 1121E | | | | | BYS insurance policy payment schedule. |
| 1122 | | | | | Email from Billing Company to BYS regarding 76 line items for 25 patient orders. |
| 1122A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1123 | | | | | Email from Billing Company to BYS regarding claim denial where purported patient was deceased on alleged date of service. |
| 1123A | | | | | Attached payment notice for patient billed for items after death. |
| 1123B | | | | | Attached payment notice for patient billed for items after death. |
| 1124 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1124A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1124B | | | | | Claim history for patient billed for Same and Similar. |
| 1125 | | | | | Email from BYS to Billing Company regarding claim and appeal denials. |
| 1126 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1127 | | | | | Emails between Billing Company and BYS regarding claim payments, billing code combinations, and claim reimbursements. |
| 1128 | | | | | Emails between Billing Company and BYS regarding claim payments, billing code combinations, and claim reimbursements. |
| 1129 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1130 | | | | | Email from Billing Company to BYS regarding 196 line items for 49 patient orders. |
| 1130A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1131 | | | | | Email between Dropshipper and BYS regarding order shipments and sizing of braces. |
| 1132 | | | | | Email reflecting addition of brace sizes by Marketer in Smartsheet. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1133 | | | | | Email from Billing Company to BYS and Dropshipper regarding 196 line items for 49 patient orders. |
| 1133A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1134 | | | | | Email from Billing Company to BYS regarding 40 line items for 10 patient orders. |
| 1134A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1135 | | | | | Emails between Dropshipper and BYS regarding BYS's order volume and shipment of more expensive items to customers. |
| 1136 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1136A | | | | | Claim history for patient billed for Same and Similar. |
| 1136B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1137 | | | | | Email from Billing Company to BYS regarding 42 line items for 18 patient orders. |
| 1137A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1138 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1138A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1138B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1138C | | | | | Claim history for patient billed for Same and Similar. |
| 1138D | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1138E | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1138F | | | | | Claim history for patient billed for Same and Similar. |
| 1139 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1139A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1139B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1139C | | | | | Claim history for patient billed for Same and Similar. |
| 1140 | | | | | Email confirmation for Zelle payment of $2000 from BYS to Chris Cruz. |
| 1141 | | | | | Email from Wells Fargo to BYS regarding addition of Marketer as wire transfer recipient. |
| 1142 | | | | | Examples of wire confirmation emails from Wells Fargo to BYS. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1143 | | | | | Examples of wire confirmation emails from Wells Fargo to BYS. |
| 1144 | | | | | Email from Billing Company to BYS regarding 196 line items for 49 patient orders. |
| 1144A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1145 | | | | | Email from Wells Fargo to BYS regarding confirmation of $41,000 payment from BYS WF *8834 to Cruz Chase *1805. |
| 1146 | | | | | Email reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1147 | | | | | Email from Billing Company to BYS regarding 64 line items for 16 patient orders. |
| 1147A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1148 | | | | | Email from Billing Company to BYS regarding 72 line items for 18 patient orders. |
| 1148A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1149 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1149A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1149B | | | | | Claim history for patient billed for Same and Similar. |
| 1149C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1150 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1150A | | | | | Attachment to GX 1150 |
| 1151 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits and Same and Similar. |
| 1151A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1151B | | | | | Claim history for patient billed for Same and Similar. |
| 1152 | | | | | Email from Billing Company to BYS regarding 200 line items for 50 patient orders. |
| 1152A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1153 | | | | | Email from BYS to Billing Company referencing Better Business Complaint regarding unnecessary items shipped to patient. |
| 1154 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1155 | | | | | Email from Billing Company to BYS regarding 144 line items for 37 patient orders. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1155A | | | | | Attachment to GX 1155 |
| 1156 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1157 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's hospitalization on date of purported service. |
| 1157A | | | | | Claim history for patient billing. |
| 1157B | | | | | Claim history for patient billing. |
| 1157C | | | | | Claim history for patient billing. |
| 1158 | | | | | Email from Dropshipper to BYS regarding phone call. |
| 1158A | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1159 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1160 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1161 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1161A | | | | | Return log sent from Dropshipper to BYS. |
| 1161B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1162 | | | | | Email from Billing Company to BYS regarding 88 line items for 22 patient orders. |
| 1163 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1164 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1164A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1165 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1165A | | | | | Return log sent from Dropshipper to BYS. |
| 1165B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1166 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1167 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1167A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1167B | | | | | Claim history for patient billed for Same and Similar. |
| 1167C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1167D | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1167E | | | | | Claim history for patient billed for Same and Similar. |
| 1168 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1168A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1168B | | | | | Claim history for patient billed for Same and Similar. |
| 1168C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1169 | | | | | Email receipt from QuickBooks to BYS addressed to Chris Cruz. |
| 1170 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1170A | | | | | Claim history for patient billed for Same and Similar. |
| 1170B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1171 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1172 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1172A | | | | | Return log sent from Dropshipper to BYS. |
| 1172B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1173 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1174 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1175 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1176 | | | | | Email from City of Fort Lauderdale to BYS regarding corporate renewal tax. |
| 1176A | | | | | City of Fort Lauderdale corporate tax document addressed to "CHRIS CRUZ." |
| 1177 | | | | | Email confirmation for Zelle payment of $1500 from BYS to Chris Cruz. |
| 1178 | | | | | Email from Google to BYS reflecting that backup email for BYS's email account is Chris Cruz's CC667 personal email. |
| 1179 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1179A | | | | | Claim history for patient billed for Same and Similar. |
| 1179B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1179C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1180 | | | | | Email from Billing Company to BYS with attached agreements between Billing Company and BYS. |
| 1180A | | | | | BYS and Billing Company HIPAA Agreement e-signed by Chris Cruz. |
| 1180B | | | | | BYS and Billing Company contract e-signed by Chris Cruz. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1181 | | | | | Emails from Dropshipper to BYS attaching agreements with BYS. |
| 1181A | | | | | BYS and Dropshipper credit agreement hand-signed by Chris Cruz. |
| 1182 | | | | | Emails from Dropshipper to BYS attaching agreements with BYS. |
| 1182A | | | | | BYS and dropshipper HIPAA agreement. |
| 1183 | | | | | Email from Marketer to BYS regarding contract. |
| 1183A | | | | | Agreement between BYS and Marketer for telemarketing / call center services. |
| 1183B | | | | | Attachment to GX 1183 |
| 1184 | | | | | Email from Marketer to BYS regarding wire transfer. |
| 1185 | | | | | Emails between BYS and Billing Company regarding denial of claim and appeal. |
| 1185A | | | | | Correspondence from Mutual of Omaha to BYS regarding claim and appeal denial. |
| 1186 | | | | | Email from Property Management Company to BYS regarding renewal of lease for BYS's office. |
| 1186A | | | | | Lease agreement for BYS corporate office. |
| 1186B | | | | | Lease invoice for BYS corporate office. |
| 1187 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1187A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1187B | | | | | Claim history for patient billed for Same and Similar. |
| 1188 | | | | | Email from Billing Company to BYS regarding 64 line items for 16 patient orders. |
| 1188A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1189 | | | | | Email between BYS and Billing Company regarding a claim review and audit. |
| 1189A | | | | | Letter from Assured Life to BYS regarding denial of claim. |
| 1190 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1190A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1190B | | | | | Claim history for patient billed for Same and Similar. |
| 1191 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1191A | | | | | Claim history for patient billed for Same and Similar. |
| 1191B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1192 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1192A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1192B | | | | | Claim history for patient billed for Same and Similar. |
| 1192C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1193 | | | | | Email and attached letter to BYS from Missouri Attorney General regarding consumer complaint. |
| 1193A | | | | | Letter to BYS from Missouri Attorney General regarding consumer complaint. |
| 1194 | | | | | Email from Billing Company to BYS regarding 104 line items for 26 patient orders. |
| 1194A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1195 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1195A | | | | | Claim history for patient billed for Same and Similar. |
| 1195B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1195C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1196 | | | | | Emails between Office Depot and BYS regarding order placed by Chris Cruz. |
| 1197 | | | | | Email from Billing Company to BYS regarding 148 line items for 37 patient orders. |
| 1197A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1198 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1199 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1199A | | | | | List of multiple Same and Similar claim denials. |
| 1199B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199D | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199E | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199F | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199G | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199H | | | | | Attached payment notice for patient billed for Same and Similar. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1199I | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199J | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199K | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1199L | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1200 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1200A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1200B | | | | | Claim history for patient billed for Same and Similar. |
| 1200C | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1201 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1201A | | | | | Return log sent from Dropshipper to BYS. |
| 1201B | | | | | Invoice for braces sent from Dropshipper to BYS. |
| 1202 | | | | | Email from Billing Company to BYS regarding 152 line items for 38 patient orders. |
| 1202A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1203 | | | | | Email to BYS regarding 2023 income tax return for Chris Cruz. |
| 1203A | | | | | 2023 Income Tax Return and attachments for Chris Cruz. |
| 1204 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1204A | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1204B | | | | | Attached payment notice for patient billed for Same and Similar. |
| 1205 | | | | | Email from Billing Company to BYS regarding 100 line items for 25 patient orders. |
| 1205A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1206 | | | | | Email from Billing Company to BYS regarding denial of claim based on Physician Not Enrolled in PECOS. |
| 1206A | | | | | Attached payment notice for patient billing. |
| 1206B | | | | | Attached payment notice for patient billing. |
| 1206C | | | | | Attached payment notice for patient billing. |
| 1206D | | | | | Attached payment notice for patient billing. |
| 1207 | | | | | Email from Wells Fargo to BYS regarding addition of call center as new wire transfer recipient. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1208 | | | | | Emails between BYS and Billing Company regarding the suspension of BYS's billing privileges. |
| 1209 | | | | | Emails between BYS and Billing Company regarding the suspension of BYS's billing privileges. |
| 1209A | | | | | Draft of rebuttal letter to Medicare regarding payment suspension. |
| 1209B | | | | | Letter from Medicare to BYS regarding suspension of payments to BYS. |
| 1210 | | | | | Emails between BYS and Billing Company regarding the suspension of BYS's billing privileges. |
| 1211 | | | | | Emails between BYS and Dropshipper regarding suspension of BYS's billing privileges. |
| 1212 | | | | | Email support ticket from HP addressed to customer "chris cruz." |
| 1213 | | | | | Email from BYS to Billing Company with contact information for Dropshipper. |
| 1214 | | | | | Email from Billing Company to BYS regarding billing of 47 items across 23 patients. |
| 1215 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1216 | | | | | Email from BYS to Priority Health attaching signed W-9 form. |
| 1216A | | | | | Signed W-9 form. |
| 1217 | | | | | Email from Billing Company to BYS regarding repeat billing of same patients. |
| 1218 | | | | | Email from Billing Company to BYS regarding claim payments. |
| 1219 | | | | | Emails between BYS and Billing Company regarding potential states for BYS claims. |
| 1220 | | | | | Emails between BYS and Marketer regarding potential states for BYS claims. |
| 1220A | | | | | List of states billed by BYS. |
| 1221 | | | | | Email from BYS to Billing Company regarding same and similar claims. |
| 1221A | | | | | Spreadsheet of patient orders sent from Billing Company to BYS. |
| 1222 | | | | | Emails between Billing Company and BYS regarding MyCGS designation form signed by Chris Cruz. |
| 1222A | | | | | Version of MyCGS designation form signed by Chris Cruz. |
| 1223 | | | | | Email from BYS to Marketer with contact information for BYS. |
| 1224 | | | | | Email from BYS to Marketer regarding contract for marketing services. |
| 1224A | | | | | Contract between Marketer and BYS signed by Chris Cruz. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1225 | | | | | Email from BYS to Charles Schwartz regarding billing of claims. |
| 1225A | | | | | Claims report for BYS. |
| 1226 | | | | | Email from BYS to Charles Schwartz regarding Medicare claim denials. |
| 1227 | | | | | Email from BYS to Marketer regarding wire transfer of $10,000 from BYS. |
| 1228 | | | | | Emails reflecting upload of 47 new patient orders by Marketer through Smartsheet shared folder. |
| 1229 | | | | | Emails between BYS and Billing Company regarding denial of claims and relationship with marketing services. |
| 1230 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1230A | | | | | Claim review letter from Medicare to BYS. |
| 1230B | | | | | Claim review letter from Medicare to BYS. |
| 1230C | | | | | Claim review letter from Medicare to BYS. |
| 1230D | | | | | Claim review letter from Medicare to BYS. |
| 1230E | | | | | Claim review letter from Medicare to BYS. |
| 1230F | | | | | Claim review letter from Medicare to BYS. |
| 1230G | | | | | Claim review letter from Medicare to BYS. |
| 1231 | | | | | Email from BYS to Dropshipper regarding customer returns. |
| 1232 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1232A | | | | | Claim review letter from Medicare to BYS. |
| 1232B | | | | | Claim review letter from Medicare to BYS. |
| 1232C | | | | | Claim review letter from Medicare to BYS. |
| 1232D | | | | | Claim review letter from Medicare to BYS. |
| 1232E | | | | | Claim review letter from Medicare to BYS. |
| 1233 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1233A | | | | | Claim review letter from Medicare to BYS. |
| 1233B | | | | | Claim review letter from Medicare to BYS. |
| 1233C | | | | | Claim review letter from Medicare to BYS. |
| 1233D | | | | | Claim review letter from Medicare to BYS. |
| 1233E | | | | | Claim review letter from Medicare to BYS. |
| 1234 | | | | | Email from BYS to Marketer, regarding denial of claim by Medicare. |
| 1235 | | | | | Email between Dropshipper and BYS regarding items refused by customers. |
| 1236 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1236A | | | | | Claim review letter from Medicare to BYS. |
| 1236B | | | | | Claim review letter from Medicare to BYS. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1237 | | | | | Email from Billing Company to BYS regarding receipt and billing of patient orders from Marketer. |
| 1238 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1239 | | | | | Email between BYS and Property Management Company regarding lease for BYS office. |
| 1239A | | | | | Signature page for lease signed by Chris Cruz. |
| 1240 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1240A | | | | | Claim review letter from Medicare to BYS. |
| 1240B | | | | | Claim review letter from Medicare to BYS. |
| 1241 | | | | | Email from BYS to Billing Company regarding targeted probe and educational efforts based on BYS's claims data. |
| 1241A | | | | | Correspondence from Medicare regarding targeted probe of BYS based on data analysis of claim codes. |
| 1241B | | | | | Correspondence from Medicare regarding targeted probe of BYS based on data analysis of claim codes. |
| 1242 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1242A | | | | | Claim review letter from Medicare to BYS. |
| 1242B | | | | | Claim review letter from Medicare to BYS. |
| 1242C | | | | | Claim review letter from Medicare to BYS. |
| 1242D | | | | | Claim review letter from Medicare to BYS. |
| 1242E | | | | | Claim review letter from Medicare to BYS. |
| 1242F | | | | | Claim review letter from Medicare to BYS. |
| 1242G | | | | | Claim review letter from Medicare to BYS. |
| 1242H | | | | | Claim review letter from Medicare to BYS. |
| 1243 | | | | | Emails between Billing Company and BYS regarding patient claims. |
| 1244 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1244A | | | | | Claim review letter from Medicare to BYS. |
| 1244B | | | | | Claim review letter from Medicare to BYS. |
| 1244C | | | | | Claim review letter from Medicare to BYS. |
| 1244D | | | | | Claim review letter from Medicare to BYS. |
| 1244E | | | | | Claim review letter from Medicare to BYS. |
| 1244F | | | | | Claim review letter from Medicare to BYS. |
| 1244G | | | | | Claim review letter from Medicare to BYS. |
| 1244H | | | | | Claim review letter from Medicare to BYS. |
| 1244I | | | | | Claim review letter from Medicare to BYS. |
| 1244J | | | | | Claim review letter from Medicare to BYS. |
| 1244K | | | | | Claim review letter from Medicare to BYS. |
| 1244L | | | | | Claim review letter from Medicare to BYS. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1245 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1246 | | | | | Emails reflecting upload of new patient orders by Marketer in Smartsheet. |
| 1247 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1247A | | | | | Claim review letter from Medicare to BYS. |
| 1247B | | | | | Claim review letter from Medicare to BYS. |
| 1247C | | | | | Claim review letter from Medicare to BYS. |
| 1248 | | | | | Email from BYS to Billing Company regarding MyCGS online password. |
| 1249 | | | | | Email from BYS to Marketer regarding denial of claim. |
| 1250 | | | | | Email from Billing Company to BYS regarding denial of claim based on patient's presence in a skilled nursing facility on purported date of service. |
| 1251 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1252 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1253 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1254 | | | | | Email from Billing Company to BYS regarding 66 line items for 22 patient orders. |
| 1255 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1255A | | | | | Claim review letter from Medicare to BYS. |
| 1255B | | | | | Claim review letter from Medicare to BYS. |
| 1255C | | | | | Claim review letter from Medicare to BYS. |
| 1255D | | | | | Claim review letter from Medicare to BYS. |
| 1255E | | | | | Claim review letter from Medicare to BYS. |
| 1256 | | | | | Email from Billing Company to BYS regarding payment of claims. |
| 1257 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1258 | | | | | Email from Billing Code to BYS regarding claim code. |
| 1259 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1260 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1261 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1262 | | | | | Email from Billing Company to BYS regarding 100 line items for 40 patient orders. |
| 1263 | | | | | Email from BYS to Billing Company regarding claim review and audit. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1263A | | | | | Claim review letter from Medicare to BYS. |
| 1263B | | | | | Claim review letter from Medicare to BYS. |
| 1263C | | | | | Claim review letter from Medicare to BYS. |
| 1263D | | | | | Claim review letter from Medicare to BYS. |
| 1263E | | | | | Claim review letter from Medicare to BYS. |
| 1264 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1265 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1265A | | | | | Claim denial letter from United Healthcare. |
| 1266 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1266A | | | | | Claim review letter from Medicare to BYS. |
| 1267 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1268 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1269 | | | | | Email from Billing Company to BYS regarding 96 line items for 39 patient orders. |
| 1270 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1271 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1271A | | | | | Claim denial letter from United Healthcare. |
| 1272 | | | | | Email from Billing Company to BYS regarding invoice for billing services. |
| 1273 | | | | | Email from Billing Company to BYS regarding denial of claim based on Exhaustion of Benefits. |
| 1274 | | | | | Email from Billing Company to BYS regarding 46 line items for 13 patient orders. |
| 1275 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1275A | | | | | Claim review letter from Medicare to BYS. |
| 1275B | | | | | Claim review letter from Medicare to BYS. |
| 1275C | | | | | Claim review letter from Medicare to BYS. |
| 1276 | | | | | Email from BYS to Chris Cruz's Rico_X personal email with BYS's Wells Fargo bank statements attached to email. |
| 1276A | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276B | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276C | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276D | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276E | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276F | | | | | Wells Fargo bank statement for BYS WF *8834. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1276G | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276H | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1276I | | | | | Wells Fargo bank statement for BYS WF *8834. |
| 1277 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1278 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1279 | | | | | Email from Billing Company to BYS regarding 42 line items for 18 patient orders. |
| 1280 | | | | | Email from Billing Company to BYS regarding claim payments. |
| 1281 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1281A | | | | | Claim review letter from Medicare to BYS. |
| 1282 | | | | | Email from BYS to Medicare regarding scheduling of post-audit video conference call. |
| 1283 | | | | | Email from Billing Company to BYS regarding denial of claim based on Same and Similar. |
| 1284 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1284A | | | | | Audit review correspondence from Medicare. |
| 1285 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1285A | | | | | Audit review correspondence from Medicare. |
| 1285B | | | | | Audit review correspondence from Medicare. |
| 1286 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1287 | | | | | Emails reflecting audit and educational call with Medicare attended by Chris Cruz and Billing Company representative. |
| 1288 | | | | | Email from BYS to Dropshipper regarding items available for customer orders. |
| 1289 | | | | | Emails between BYS and Billing Company regarding audit and claim review of BYS's billing by Medicare. |
| 1290 | | | | | Emails between BYS and Billing Company regarding formulation of process improvement plan document for Medicare after targeted audit and educational conference. |
| 1290A | | | | | Audit review correspondence from Medicare. |
| 1291 | | | | | Emails between BYS and Billing Company regarding formulation of process improvement plan document for Medicare after targeted audit and educational conference. |
| 1291A | | | | | Audit review correspondence from Medicare. |
| 1292 | | | | | Emails between BYS and Billing Company regarding formulation of process improvement plan document for Medicare after targeted audit and educational conference. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1292A | | | | | Post-audit Process Improvement Plan by BYS for Medicare. |
| 1293 | | | | | Emails from BYS to Medicare regarding process improvement plan signed by Chris Cruz. |
| 1293A | | | | | Post-audit Process Improvement Plan by BYS for Medicare. |
| 1294 | | | | | Emails from BYS to Medicare regarding process improvement plan signed by Chris Cruz. |
| 1294A | | | | | Post-audit Process Improvement Plan by BYS for Medicare. |
| 1295 | | | | | Emails from BYS to Medicare regarding process improvement plan signed by Chris Cruz. |
| 1295A | | | | | Post-audit Process Improvement Plan by BYS for Medicare. |
| 1296 | | | | | Emails between BYS and Billing Company regarding billing codes after Medicare targeted probe and educational conference. |
| 1297 | | | | | Emails from Marketer to BYS, and from BYS to Billing Company, regarding eligibility of patient claim. |
| 1298 | | | | | Email from BYS to Billing Company regarding billing codes and state-by-state requirements for claims. |
| 1299 | | | | | Email from BYS to Billing Company regarding addressing of emails to Chris Cruz. |
| 1300 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1300A | | | | | Claim review letter from Medicare to BYS. |
| 1301 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1302 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1302A | | | | | Claim denial letter from United Healthcare. |
| 1302B | | | | | Claim denial letter from United Healthcare. |
| 1302C | | | | | Insurer correspondence. |
| 1303 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1303A | | | | | Claim denial letter from United Healthcare. |
| 1303B | | | | | Claim denial letter from United Healthcare. |
| 1303C | | | | | Insurer correspondence. |
| 1304 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1304A | | | | | Claim review letter from Medicare to BYS. |
| 1304B | | | | | Claim review letter from Medicare to BYS. |
| 1305 | | | | | Emails between Billing Company and BYS regarding claim code combinations. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---------|----------|--------------|---------------|---------|-------------|
| 1306 | | | | | Email from BYS to Billing Company regarding denial of claim. |
| 1306A | | | | | Claim denial letter from United Healthcare. |
| 1307 | | | | | Email from BYS to Billing Company regarding call recordings for patients in Smartsheet. |
| 1308 | | | | | Emails between BYS and Billing Company regarding claim denial based on lack of medical necessity. |
| 1308A | | | | | Claim review letter from Medicare to BYS. |
| 1309 | | | | | Emails between BYS and Billing Company regarding claim denial based on lack of medical necessity. |
| 1310 | | | | | Email from BYS to Billing Company regarding claim and appeal denials. |
| 1310A | | | | | Claim review letter from Medicare to BYS. |
| 1310B | | | | | Claim review letter from Medicare to BYS. |
| 1310C | | | | | Claim review letter from Medicare to BYS. |
| 1310D | | | | | Claim review letter from Medicare to BYS. |
| 1310E | | | | | Claim review letter from Medicare to BYS. |
| 1310F | | | | | Claim review letter from Medicare to BYS. |
| 1310G | | | | | Claim review letter from Medicare to BYS. |
| 1311 | | | | | Email from BYS to Billing Company regarding claim and appeal denials. |
| 1311A | | | | | Claim review letter from Medicare to BYS. |
| 1311B | | | | | Claim review letter from Medicare to BYS. |
| 1311C | | | | | Claim review letter from Medicare to BYS. |
| 1311D | | | | | Claim review letter from Medicare to BYS. |
| 1312 | | | | | Email from BYS to Marketer regarding claim code combinations and reimbursements. |
| 1312A | | | | | Code combination and expected reimbursement list. |
| 1313 | | | | | Emails between Dropshipper and BYS regarding BYS's order volume and shipment of more expensive items to customers. |
| 1314 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1314A | | | | | Audit letter from BCBS. |
| 1315 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1316 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1317 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1318 | | | | | Emails between Dropshipper and BYS regarding order volume outlook. |
| 1319 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1320 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1320A | | | | | Correspondence from Old Surety. |
| 1321 | | | | | Emails between BYS and Billing Company regarding customer returns. |
| 1322 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1322A | | | | | Correspondence from Aetna regarding claim review. |
| 1323 | | | | | Email from BYS to Chris Cruz's Rico_X personal email attaching corporate liability insurance documents for BYS. |
| 1323A | | | | | Email from BYS to Chris Cruz's Rico_X personal email forwarding corporate liability insurance email for BYS. |
| 1323B | | | | | Corporate liability insurance documents for BYS. |
| 1324 | | | | | Email from BYS to Chris Cruz's Rico_X personal email attaching agreement between BYS and Marketer. |
| 1324A | | | | | Contract between Marketer and BYS for telemarketing / call center services. |
| 1325 | | | | | Email from BYS to Chris Cruz's Rico_X personal email attaching agreement between BYS and Marketer. |
| 1325A | | | | | Contract between Marketer and BYS for telemarketing / call center services. |
| 1326 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1326A | | | | | Insurer correspondence. |
| 1327 | | | | | Email from BYS to Billing Company regarding claim reviews and audits. |
| 1327A | | | | | Insurer correspondence. |
| 1328 | | | | | Email from BYS to Billing Company regarding denial of claim. |
| 1328A | | | | | Insurer correspondence. |
| 1329 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1330 | | | | | Email from BYS to Billing Company regarding claim review and audit. |
| 1330A | | | | | Letter from BCBS regarding denial of claims. |
| 1331 | | | | | Email from Dropshipper to BYS regarding customer returns and item invoices. |
| 1332 | | | | | Emails between BYS and Billing Company regarding claims against BYS's surety bond. |
| 1333 | | | | | Emails between BYS and Billing Company regarding claims against BYS's surety bond. |
| 1333A | | | | | Correspondence regarding denial of claims and overpayment. |
| 1334 | | | | | Email and attached letter to BYS from Missouri Attorney General regarding consumer complaint. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1335 | | | | | Emails between Dropshipper and BYS regarding items refused by patients. |
| 1336 | | | | | Emails between Office Depot and BYS regarding order placed by Chris Cruz. |
| 1337 | | | | | Example of Better Business Bureau complaint email to BYS. |
| 1338 | | | | | Email from Billing Company to BYS regarding denial of claim based on lack of medical necessity. |
| 1339 | | | | | Email from BYS to Billing Company regarding a claim review and audit. |
| 1339A | | | | | Letter from BCBS regarding denial of claims. |
| 1340 | | | | | Email from BYS to Billing Company regarding a claim review and audit. |
| 1340A | | | | | Letter from Humana regarding denial of claims. |
| 1341 | | | | | Email complaint regarding unnecessary items shipped to patient. |
| 1341A | | | | | Return label for unnecessary items. |
| 1342 | | | | | Emails between BYS and Dropshipper regarding customer returns. |
| 1343 | | | | | Email from BYS to Billing Company regarding claim and appeal denial based on lack of medical necessity. |
| 1343A | | | | | Claim review letter from Medicare to BYS. |
| 1344 | | | | | Emails between BYS and Dropshipper regarding customer refusal of braces. |
| 1345 | | | | | Emails between BYS and Billing Company regarding the suspension of BYS's billing privileges. |
| 1345A | | | | | Correspondence from Medicare regarding suspension of BYS's billing privileges. |
| 1346 | | | | | Email from BYS to Billing Company regarding claims against BYS's surety bond. |
| 1346A | | | | | Correspondence regarding claims against BYS's surety bond. |
| 1347 | | | | | Email from Property Management Company to BYS regarding rent for BYS's office. |
| 1348 | | | | | Email from BYS to Billing Company regarding the continued suspension of BYS's billing privileges. |
| 1348A | | | | | Correspondence from Medicare regarding suspension of BYS's billing privileges. |
| 1349 | | | | | Email from BYS to Billing Company regarding Medicare's revocation of BYS's NPI and determination that BYS is no longer an operational company. . |
| 1349A | | | | | Correspondence from Medicare regarding revocation of BYS's NPI. |
| 1350 | | | | | Emails between BYS and Billing Company regarding Medicare's overpayment claims against BYS. |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1350A | | | | | Correspondence regarding referral of overpayment debts for BYS to Department of Treasury for collections. |
| 1351 | | | | | Emails between BYS and Billing Company regarding Medicare's overpayment claims against BYS. |
| 1352 | | | | | Email from BBB to BYS, addressed to Chris Cruz, regarding accreditation of BYS. |
| 1352A | | | | | Correspondence from BBB. |
| 1352B | | | | | Correspondence from BBB. |
| 1352C | | | | | Correspondence from BBB. |
| 1353 | | | | | Email from BYS to Marketer regarding claim code combinations and reimbursements. |
| 1354 | | | | | Email complaint regarding unnecessary items shipped to patient. |