UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60142-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

CHRISTIAN CRUZ,
    a/k/a "Chris Cruz,"

    Defendant.
_____/

## VERDICT FORM

We, the jury, unanimously find as follows as to the Charges against Defendant Christian Cruz:

1. As to Count 1 of the Indictment, conspiracy to commit health care fraud and wire fraud,

    __X__ Guilty                                  _____ Not Guilty

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Object(s) of the Conspiracy (check all that apply):

    __X__ Health Care Fraud
    __X__ Wire Fraud

2. As to Count 2 of the Indictment, health care fraud (June 15, 2021), re: A.L.,

    _____ Guilty                                  __X__ Not Guilty

3. As to Count 3 of the Indictment, health care fraud (November 23, 2022), re: A.K.,

    _____ Guilty                                  __X__ Not Guilty

4. As to Count 4 of the Indictment, health care fraud (December 27, 2022), re: L.A.,

_____        ____☒_____
      Guilty                          Not Guilty

5. As to Count 5 of the Indictment, health care fraud (January 5, 2023), re: B.P.,

____☒_____        _____
      Guilty                          Not Guilty

6. As to Count 6 of the Indictment, health care fraud (January 10, 2023), re: L.R.,

____☒_____        _____
      Guilty                          Not Guilty

7. As to Count 7 of the Indictment, health care fraud (February 1, 2023), re: S.K.,

____☒_____        _____
      Guilty                          Not Guilty

8. As to Count 8 of the Indictment, health care fraud (May 22, 2024), re: M.A.,

____☒_____        _____
      Guilty                          Not Guilty

9. As to Count 9 of the Indictment, conspiracy to defraud the United States and to make false statements relating to health care matters,

____☒_____        _____
      Guilty                          Not Guilty

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Object(s) of the Conspiracy (check all that apply):

☒ Defrauding the United States

☒ Falsifying, Concealing, or Covering Up a Material Fact Involving a Health Care Benefits Program

☒ Making a Materially False, Fictitious, or Fraudulent Statement or Representation Involving a Health Care Benefits Program

2

10. As to Count 10 of the Indictment, structuring (December 28–31, 2022),

_____☒_____          _____
     Guilty                      Not Guilty

11. As to Count 11 of the Indictment, structuring (January 3–6, 2023),

_____☒_____          _____
     Guilty                      Not Guilty

12. As to Count 12 of the Indictment, structuring (February 15–17, 2023),

_____☒_____          _____
     Guilty                      Not Guilty

**SO SAY WE ALL**

Signed: _____
            FOREPERSON OF THE JURY

Dated:   __1-21-_____, 2026

3