# USA v. Christian Cruz

25-cr-60142 WPD

## Jury Notes

Does conspiracy happen at the intial agreement to commit fraud

or

can it occur at a later point.

1-20-26
Date

Print Foreperson Name    Foreperson Signature

## USA v. Christian Cruz

25-cr-60142 WPD

Jury Notes

What is the distinction between Conspiracy Count 1 and Conspiracy Count 9

1-21-26

Print Foreperson Name      Foreperson Signature      Date



We have reached a verdict

1-21-26



To: United States District Court

Southern District of Florida

Subject: Request for Excusal of Jury Service for Cezar Leonardo Cabral,

Participant Number #107308947

Dear Clerk of the Court,

I am writing on behalf of **Fratellis Italian Restaurant** in support of our employee, **Cezar Leonardo Cabral** who has been summoned for jury duty beginning **January 12, 2026**

**Cezar Leonardo Cabral** is a **Pizza Chef and as well in charge of our delivery service** and is currently essential to **daily operation as we are in the middle of the busiest high season.** His immediate absence would cause significant operational disruption, potential financial loss, and jeopardize the success of my restaurant as his expertise is irreplaceable for this period.

We fully respect the civic duty of jury service. However, due to the severe hardship his absence would impose on our business operations, we respectfully request if possible, an excusal from this term.

Sincerely,

Mario Maltese
786-247-0416

**Fratellis Italian Restaurant**

**Owner**