UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25 CR 60142

USA

Plaintiff(s),

vs.

Christian          Defendant(s).
_____/

Cruz

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s)
listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB [ ]

[X] Other (Explain): Paper records digital records

_____

_____

[X] Attachments                  Signature: _____
    (Exhibit list, Order of Court)
                                 Print Name: Sterling M. Paulsen

                                 Agency or Firm: USAO-SDFL

                                 Address: 99 NE 4th St

Exhibits Released by:                     Miami, FL 33132

C. Barnes-Butler          ) Telephone: (786) 360-9811
    (Deputy Clerk)
                                 Date: 1/21/2026

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record